### THE MARINE BANK OF BALTIMORE *vs.* THE MERCHANTS BANK OF BALTIMORE.—*December*, 1842.

Where a cause is submitted upon a case stated, which only authorises the court to decide a question, but does not confer authority to enter a judgment, this court, upon appeal, must reverse the judgment, and remand the cause for further proceedings.

APPEAL from *Baltimore* county court.

. This was an action of *Assumpsit*, brought by the appellant to January term 1840, against the appellee, who pleaded *non-assumpsit*.

The case was submitted to the county court upon a statement of facts, which concluded, as follows:

"The question is submitted to the court upon the foregoing "statement of facts, whether *The Marine Bank* is entitled to "recover from *The Merchants Bank*, the amount so paid."

The county court rendered judgment for the defendant. The plaintiff appealed.

The cause was argued before BUCHANAN, C. J., STEPHEN, DORSEY, CHAMBERS and SPENCE, J.

By WALLIS for the appellant, and
By BROWN for the appellee.

BY THE COURT—

There being no provision in the case stated, as to the judgment to be entered, after the court's opinion is expressed on the question submitted, the court can give no judgment, and the cause must be remanded.

JUDGMENT REVERSED AND PROCEDENDO AWARDED.